**Mary Brett MILLER, Plaintiff–
Appellant,**

v.

**NORTH MISSISSIPPI MEDICAL
CLINICS, INC., Defendant–
Appellee.**

No. 11–60335

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 4, 2011.

Jim D. Waide, III, Esq., Rachel Marie Pierce, Waide & Associates, P.A., Tupelo, MS, for Plaintiff–Appellant.

Ernest Roland Malone, Jr., Esq., Kullman Firm, New Orleans, LA, Leslie Pettis Barry, Kullman Firm, Columbus, MS, for Defendant–Appellee.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Mary Miller sued her employer for sex

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

and pregnancy discrimination. The district court granted summary judgment for the employer.

The district court explained its ruling in a comprehensive Memorandum Opinion dated May 2, 2011, 2011 WL 1655920. The court concluded, *inter alia,* that no similarly-situated employee was treated more favorably than was plaintiff. The court also concluded that, even if a *prima facie* case had been established, the employer brought forth a legitimate, non-discriminatory reason for its decision to prohibit Miller from working at a particular facility because of her disruptive behavior.

The summary judgment is AFFIRMED, essentially for the reasons given by the district court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.